In the Matter of ANTHONY A. MAGNANI, Appellant, against CHARLES A. HARNETT, as Commissioner of Motor Vehicles of the State of New York, et al., Respondents.

Argued January 11, 1940; decided January 25, 1940.

*Roy P. Monahan, James F. Sharkey* and *Arthur C. Goldberg* for appellant.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Vincent Kiebala* of counsel), for Commissioner of Motor Vehicles, respondent.

Order affirmed, with costs, on the ground that the statute is in violation of the Fourteenth Amendment of the Constitution of the United States. We pass on no other point. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.